

1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL D. ANDERSON
   SHELLEY D. WEGER
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>**3625 Arden Villa Place, Roseville, CA 95747** | CASE NO. 2:18-SW-0324 AC<br><br>REQUEST TO UNSEAL A REDACTED COPY OF SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
|---|---|

### REQUEST TO UNSEAL

The government requests that the Court file a redacted copy of the search warrant, return, and the underlying search warrant affidavit, attached, on the public docket. The government further requests that the Court keep sealed the original unredacted copy of the search warrant, underlying affidavit, and return. The government further requests permission to produce the unredacted search warrant, return, and affidavit to the defense, pursuant to a protective order issued on June 10, 2019, and to the assigned Probation Officer, in preparation for judgment and sentencing.

The search warrant in the above-captioned matter was executed on April 4, 2018. On May 30, 2019, the defendant waived indictment and pleaded guilty to Aggravated Identity Theft in violation 18 U.S.C. § 1028A(a)(1) and the Illegal Sale of a Firearm by a Federally Licensed Dealer in Violation of State Law, in violation of 18 U.S.C. §§ 922(b)(2) and 924(a)(1)(D), Case Number 2:19-CR-0082 TLN. As a result, a redacted copy of the search warrant, return, and underlying affidavit should be unsealed and filed on the public docket. There is good cause to keep the original search warrant, return, and

underlying affidavit under seal because they contain the names and identifying information of victims, witnesses, and third parties, as well as criminal history of one of the witnesses.

Dated: June 17, 2019

MCCGREGOR W. SCOTT
United States Attorney

By: /s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant United States Attorney