McGREGOR W. SCOTT
United States Attorney
MICHAEL D. ANDERSON
SHELLEY D. WEGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



**FILED**

JUN 18 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING: <br><br> **3625 Arden Villa Place, Roseville, CA 95747** | CASE NO. 2:18-SW-0324 AC <br><br> [PROPOSED] ORDER TO UNSEAL REDACTED COPY OF SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that a redacted copy of the search warrant, return, and search warrant affidavit be unsealed and filed on the public docket. The original search warrant, return, and affidavit will remain sealed. The government may produce a copy of the original sealed search warrant, return, and the accompanying affidavit to the defendant and the assigned Probation Officer. The Clerk is directed to file a redacted copy of the search warrant, return, and affidavit on the public docket.

Dated: 6/17/19

_____
The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE